# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY LATRELL GIVENS, :
:
    Petitioner, :
:
v. : No. 4:18-CV-993
:
UNITED STATES OF AMERICA, : (Judge Brann)
:
    Respondent. :

## ORDER

**AND NOW**, this 6th day of June 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The USP-Lewisburg Warden is deemed the Respondent in this matter.

2. Givens' habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

                                        BY THE COURT:

                                        *s/ Matthew W. Brann*
                                        Matthew W. Brann
                                        United States District Judge